IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GIOVANNI LOWRY,

        Plaintiff,

v.

UNIVERSITY OF OREGON MEDICAL
SCHOOL; OREGON HEALTH &
SCIENCE UNIVERSITY; and
EVERETT W. LOVRIEN, M.D.,

        Defendants.

3:16-cv-01049-YY

ORDER

**BROWN, Senior Judge.**

Magistrate Judge Youlee Yim You issued Findings and Recommendation (#48) on September 28, 2018, in which she recommends this Court grant in part and deny in part the Motion (#41) for Summary Judgment filed by Defendants University of Oregon Medical School; Oregon Health & Science University; and Everett W. Lovrien, M.D. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. See *Decker v. Berryhill*, 856 F.3d 659, 663 (9th Cir. 2017). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge You's Findings and Recommendation (#48). Accordingly, the Court **GRANTS in part** Defendants' Motion (#42) for Summary Judgment, **DISMISSES** Plaintiff's Claim Five for Failure to Obtain Informed Consent, and otherwise **DENIES** Defendants' Motion as to all other claims.

The Court returns this matter to the Magistrate Judge for further proceedings as necessary.

IT IS SO ORDERED.

DATED this 1st day of November, 2018.

/s/ Anna J. Brown

ANNA J. BROWN
United States Senior District Judge